Date of Arrest: **10/03**

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, <br><br> Vs. <br><br> Antonio AVILA-Zempaltecatl <br> AKA: None Known <br> 208199142 <br> YOB: 1952 <br> Citizen of: Mexico <br><br> Defendant | Magistrate Case No. 16-1787 MJ <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 8, United States Code, Section 1326(a) Re-Entry After Deport |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about October 3, 2016, Defendant Antonio AVILA-Zempaltecatl, an alien, was found in the United States at or near Tacna, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Mexico through the port of Nogales, Arizona on or about October 19, 2015. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Signature of Complainant
Joseph Comella Jr
BORDER PATROL AGENT

Sworn to before me and subscribed in my presence,

October 05, 2016         at    Yuma, Arizona
Date                                  City and State

James F Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer        Signature of Judicial Officer

- 1 -

UNITED STATES OF AMERICA,

Vs.

Antonio AVILA-Zempaltecatl
AKA: None Known
208199142

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about October 3, 2016, near Tacna, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Tucson, Arizona on or about October 18, 2015. The Defendant was most recently removed on or about October 19, 2015, through the port of Nogales, Arizona.

Agents determined that on or about October 2, 2016, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

____October 05, 2016_____        _____
Date                                Signature of Judicial Officer

-2-